IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN KIM & <br> CHUN C. KIM, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:06cv00103 (RMC) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: April 3, 2006.

                                            Respectfully submitted,

                                            /s/ Jennifer L. Vozne
                                            JENNIFER L. VOZNE
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            Phone/Fax: (202) 307-6555/514-6866
                                            Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1623682.1

**CERTIFICATE OF SERVICE**

 IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> CALVIN KIM
> CHUN C. KIM
> Plaintiffs pro se
> 1750 Kalakaua Ave., # 103
> Honolulu, Hawaii 96826

     /s/ Jennifer L. Vozne
     JENNIFER L. VOZNE

1623681.1