IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN KIM & <br> CHUN C. KIM, <br>     Plaintiffs, <br>     v. <br> UNITED STATES, <br>     Defendant. | No: 1:06cv00103 (RMC) |

### DECLARATION OF JENNIFER L. VOZNE

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. This office received the summons and complaint addressed to the Attorney General. The summons and complaint were sent via FedEx®.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: April 3, 2006.

                                                         /s/ Jennifer L. Vozne
                                                         JENNIFER L. VOZNE
                                                         Trial Attorney
                                                         Washington, DC