UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALVIN KIM,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-103 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss the complaint. Plaintiffs Calvin Kim and Chun C. Kim are advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Plaintiffs shall respond to Defendant's Motion to Dismiss [Dkt. #3] by **May 12, 2006**. If they do not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movants or the case in its entirety.

**SO ORDERED**.

Signed: April 12, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge