IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN KIM & <br> CHUN C. KIM, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:06cv00103 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered plaintiffs' cross-motion for summary judgment, the United States' motion to dismiss the complaint, and all oppositions and replies thereto, the Court concludes that the United States' motion to dismiss motion ought to be granted and plaintiffs' cross-motion for summary judgment ought to be denied. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' cross-motion for summary judgment be and is DENIED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1830359.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

CALVIN KIM
CHUN C. KIM
Plaintiffs *pro se*
1750 Kalakaua Avenue, #103
Honolulu, HI 96826

1830359.1