IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALVIN KIM & <br> CHUN C. KIM, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)    No: 1:06cv00103 (RMC)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the United States in the above-captioned proceeding.

DATED:   January 26, 2007

                                                   Respectfully submitted,

                                                 /s/ Beatriz T. Saiz
                                                 BEATRIZ T. SAIZ
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227
                                                 Ben Franklin Station
                                                 Washington, DC 20044
                                                 Telephone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 26, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>CALVIN KIM
>CHUN C. KIM
>Plaintiffs pro se
>1750 Kalakaua Ave., # 103
>Honolulu, Hawaii 96826

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ

1623681.1